IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:23-cr-00153-AGF-SPM |
| | ) | |
| BRYANT PIRTLE, et al., | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF INTENT NOT TO SEEK THE DEATH PENALTY**

The Department of Justice has authorized the United States Attorney for the Eastern District of Missouri not to seek the death penalty against Defendants Bryant Pirtle and Christopher Hall.

Respectfully submitted,

SAYLER A. FLEMING
UNITED STATES ATTORNEY

 /s/  *Nino Przulj*
JENNIFER SZCZUCINSKI, #56906MO
NINO PRZULJ, #68334MO
Assistant United States Attorneys
111 S. 10th Street, 20th Floor
St. Louis, MO 63102
(314) 539-2200

## CERTIFICATE OF SERVICE

      I hereby certify that on January 12, 2024, the foregoing was filed electronically under seal with the Clerk of the Court and served upon all counsel of record.

                                            /s/   *Nino Przulj*