UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**FILED**
**NOV 1 2 2025**
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. S2-4:23-CR-153 JMD SPM |
| | ) | |
| BRYANT PIRTLE, | ) | COUNTS 1, 2, 5 and 6 |
| a/k/a BJ, | ) | |
| a/k/a BJ Sosa, and, | ) | COUNTS 1, 2, 3 and 4 |
| CHRISTOPHER HALL | ) | |
| a/k/a Face, | ) | |
| | ) | |
| Defendants. | ) | |

## SECOND SUPERSEDING INDICTMENT

### COUNT ONE
### CONSPIRACY TO DISTRIBUTE AND POSSESS
### WITH INTENT TO DISTRIBUTE MARIJUANA

The Grand Jury charges that:

Beginning at an exact time unknown to the Grand Jury, but including January 2023, and continuing thereafter until March 2023, in St. Louis County, and elsewhere, within the Eastern District of Missouri,

**BRYANT PIRTLE, a/k/a BJ, a/k/a BJ Sosa, and
CHRISTOPHER HALL, a/k/a Face,**

did knowingly and willfully conspire, combine, confederate and agree with each other, and other persons known and unknown to this Grand Jury, to distribute and possess with the intent to distribute a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 846.

## COUNT TWO
### POSSESSION OF A FIREARM IN FURTHERANCE OF A DRUG TRAFFICKING CRIME RESULTING IN DEATH

The Grand Jury further charges that:

On or about January 29, 2023, in St. Louis County, within the Eastern District of Missouri,

**BRYANT PIRTLE, a/k/a BJ, a/k/a BJ Sosa, and
CHRISTOPHER HALL, a/k/a Face,**

the Defendants, aiding and abetting one another and acting together with others unknown, did knowingly possess, brandish, and discharge a firearm in furtherance of the commission of a drug trafficking crime which may be prosecuted in a court of the United States, to-wit: conspiracy to distribute and possess with the intent to distribute a controlled substance as charged in Count One.

In violation of Title 18, United States Code, Sections 2, 924 (c)(1)(A) and 924(j).

And, in the course of this violation, caused the death of Devon Williams through the use of a firearm, which killing is a murder as defined in Title 18, United States code, Section 1111, in that the Defendants, aiding and abetting one another and others unknown, with malice aforethought, unlawfully killed Devon Williams, by shooting him with one or more firearms, willfully, deliberately, maliciously, and with premeditation.

In violation of Title 18, United States Code, Sections 2 and 924(j).

### Count Two Notice of Special Findings
### Pursuant to Title 18, United States Code, Sections 3591 and 3592

As to Count Two, defendant **BRYANT PIRTLE, a/k/a BJ, a/k/a BJ Sosa**:

1. Was 18 years of age or older at the time of the offense (18 U.S.C. § 3591(a));

2. Intentionally killed Devon Williams (18 U.S.C. § 3591 (a)(2)(A));

3. Intentionally inflicted serious bodily injury that resulted in the death of Devon Williams (18 U.S.C. § 3591(a)(2)(B));

4. Intentionally participated in an act, contemplating that the life of a person would be taken or intending that lethal force would be used in connection with a person, other than

one of the participants in the offense, and Devon Williams died as a result of the fact (18 U.S.C. § 3591(a)(2)(C));

     5. Intentionally and specifically engaged in an act of violence, knowing that the act created a grave risk of death to a person, other than one of the participants in the offense, such that participation in the act constituted a reckless disregard for human life and Devon Wiliams died as a direct result of the act (18 U.S.C. § 3591(a)(2)(D);

     6. In the commission of the offense, knowingly created a grave risk of death to one or more persons in addition to Devon Williams (18 U.S.C. § 3592(c)(5));

     7. Committed the offense in an especially heinous, cruel, or depraved manner in that it involved serious physical abuse to the victim (18 U.S.C. § 3592(c)(6).

As to Count Two, defendant **CHRISTOPHER HALL, a/k/a Face**:

     1. Was 18 years of age or older at the time of the offense (18 U.S.C. § 3591(a));

     2. Intentionally killed Devon Williams (18 U.S.C. § 3591 (a)(2)(A));

     3. Intentionally inflicted serious bodily injury that resulted in the death of Devon Williams (18 U.S.C. § 3591(a)(2)(B));

     4. Intentionally participated in an act, contemplating that the life of a person would be taken or intending that lethal force would be used in connection with a person, other than one of the participants in the offense, and Devon Williams died as a result of the fact (18 U.S.C. § 3591(a)(2)(C));

     5. Intentionally and specifically engaged in an act of violence, knowing that the act created a grave risk of death to a person, other than one of the participants in the offense, such that participation in the act constituted a reckless disregard for human life and Devon Wiliams died as a direct result of the act (18 U.S.C. § 3591(a)(2)(D);

     6. In the commission of the offense, knowingly created a grave risk of death to one or more persons in addition to Devon Williams (18 U.S.C. § 3592(c)(5));

      7. Committed the offense in an especially heinous, cruel, or depraved manner in that it involved serious physical abuse to the victim (18 U.S.C. § 3592(c)(6)).

## COUNT THREE
### POSSESSION WITH INTENT TO DISTRIBUTE MARIJUANA

The Grand Jury further charges that:

On or about March 10, 2023, in St. Louis County, within the Eastern District of Missouri,

**CHRISTOPHER HALL, a/k/a Face,**

the Defendant did knowingly and intentionally possess with the intent to distribute a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT FOUR
### POSSESSION OF ONE OR MORE FIREARMS IN FURTHERANCE OF A DRUG TRAFFICKING CRIME

The Grand Jury further charges that:

On or about March 10, 2023, in St. Louis County, within the Eastern District of Missouri,

**CHRISTOPHER HALL, a/k/a Face,**

the Defendant, did knowingly possess one or more firearms in furtherance of a drug trafficking crime which may be prosecuted in a court of the United States, that is, possession with intent to distribute marijuana, a Schedule I controlled substance, as charged in Count Three.

In violation of Title 18, United States Code, Section 924(c).

## COUNT FIVE
### POSSESSION WITH INTENT TO DISTRIBUTE MARIJUANA

The Grand Jury further charges that:

On or about March 22, 2023, in St. Louis County, within the Eastern District of Missouri,

**BRYANT PIRTLE, a/k/a BJ, a/k/a BJ Sosa,**

the Defendant did knowingly and intentionally possess with the intent to distribute a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT SIX
## POSSESSION OF ONE OR MORE FIREARMS IN FURTHERANCE OF A DRUG TRAFFICKING CRIME

The Grand Jury further charges that:

On or about March 22, 2023, in St. Louis County, within the Eastern District of Missouri,

**BRYANT PIRTLE, a/k/a BJ, a/k/a BJ Sosa,**

the Defendant, did knowingly possess one or more firearms in furtherance of a drug trafficking crime which may be prosecuted in a court of the United States, that is, possession with intent to distribute marijuana, a Schedule I controlled substance, as charged in Count Three.

In violation of Title 18, United States Code, Section 924(c).

## FORFEITURE ALLEGATION

The Grand Jury further finds by probable cause that:

1. Pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), upon conviction of an offense in violation of Title 18, United States Code, Section 924(c) as set forth above, the Defendants shall forfeit to the United States of America any firearm or ammunition involved in or used in said violation.

2. If any of the property described above, as a result of any act or omission of the Defendants:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States of America will be entitled to the forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

A TRUE BILL

_____
FOREPERSON

THOMAS C. ALBUS
United States Attorney

_____
NINO PRZULJ, #68334MO
JENNIFER L. SZCZUCINSKI, #56906MO
Assistant United States Attorneys