FILED
NOV 1 2 2025
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. S2-4:23-CR-153 JMD SPM |
| ) | |
| BRYANT PIRTLE, ) | |
| a/k/a BJ, ) | |
| a/k/a BJ SOSA, ) | |
| ) | |
| Defendant. ) | |

### REQUEST FOR CONTINUED DETENTION

The United States of America, by and through its Attorneys, Thomas C. Albus, United States Attorney for the Eastern District of Missouri, and Nino Przulj and Jennifer Szczucinski, Assistant United States Attorneys for the District, requests that Defendant Christopher Hall continue to be detained pending trial.

In further support, the United States of America states:

1. On March 30, 2023, Defendant Pirtle was charged by Indictment in Case No. 4:23 MJ 153 JMD SPM. Doc. 1. The Government moved for Defendant to be detained in that case pending trial. Doc. 4.

2. On April 1, 2023, a detention hearing was held. Following the Defendant's waiver, the Court granted the Government's motion for detention and ordered the Defendant detained. Doc. 16.

3. Pursuant to the relevant statutory provisions, the Government requests that Defendant remain detained for the reasons previously stated.

WHEREFORE, the United States requests this Court to order Defendant detained prior to trial.

Respectfully submitted,

THOMAS C. ALBUS
United States Attorney


/s/ Nino Przulj
NINO PRZULJ #68334MO
JENNIFER L. SZCZUCINSKI, #56906MO
Assistant United States Attorneys
Thomas F. Eagleton Courthouse
111 South Tenth Street, 20th Floor
St. Louis, Missouri 63102
(314) 539-2200