IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) No. 4:23CR00153 JMD / SPM |
| BRYANT PIRTLE | ) |
| Defendant. | ) |

**MOTION FOR COURT ORDER FOR CLIENT CONTACT VISITS**

COMES NOW, Defendant Bryant Pirtle, by and through counsel, Assistant Federal Public Defenders Stephanie Zipfel and William Chapman-Kramer, and respectfully moves this Court to enter an order directing the Ste. Genevieve County Jail to allow ongoing contact visits for Bryant Pirtle's defense team which includes attorneys, investigators, mitigation specialists, and paralegals. In support of this motion, counsel states the following:

1. Mr. Pirtle is currently being held in United States Marshal custody at the Ste. Genevieve County Jail in Ste. Genevieve, MO.

2. The government filed a Second Superseding Indictment on November 12, 2025 (ECF Doc. # 143) and a Notice of Intent to Seek the Death Penalty on November 13, 2025 (ECF Doc. # 148).

3. To effectively represent Mr. Pirtle, the defense team needs to have ongoing contact visits with Mr. Pirtle. He should be unrestrained, and the defense team must be able to bring their laptops and case files into the facility.

4. The Ste. Genevieve County Jail staff will not allow any physical contact with any incarcerated individual without an order from the Court directing that physical

contact be allowed for specific purposes cited by defense counsel in a motion to the Court.

WHEREFORE, for reasons state above, Mr. Pirtle respectfully moves this court to enter an order directing Ste. Genevieve County Jail to allow his defense team unrestrained contact visits with Mr. Pirtle.

Respectfully submitted,

/s/ *Stephanie G. Zipfel*
Stephanie G. Zipfel #66353MO
Assistant Federal Public Defender
1010 Market Street - Suite 200
St. Louis, Missouri 63101
Telephone: 314 241 1255
Fax: 314 241 3177
E-Mail: stephanie_zipfel@fd.org

Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on 12/15/2025, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to the Office of the United States Attorney.

/s/ *Stephanie G. Zipfel*
Stephanie G. Zipfel